EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>María del Rosario Pujol Thompson | 2007 TSPR 220<br><br>172 DPR ____ |

Número del Caso: TS-12701

Fecha: 12 de diciembre de 2007

Abogado de la Parte Peticionaria:

      Por Derecho Propio

Oficina de Inspección de Notarías:

      Lcda. Lourdes I. Quintana Lloréns
      Directora

Materia: Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

                                        Queja

María del Rosario Pujol        TS-12701
Thompson

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 12 de diciembre de 2007.

Examinadas la solicitud de reinstalación presentada por la abogada María del Rosario Pujol Thompson, la Moción en cumplimiento de orden y la Moción informativa sobre el estado de la inspección de la obra notarial incautada presentada por la Directora de la Oficina de Inspección de Notarías, se reinstala inmediatamente a la Lcda. María del Rosario Pujol Thompson al ejercicio de la abogacía y la notaría.

Se ordena a la Directora de la Oficina de Inspección de Notarías entregar el sello y la obra notarial a la Lcda. María R. Pujol Thompson.

Publíquese.

Lo pronunció y manda el Tribunal y lo certifica la Secretaria del Tribunal.

                                 Aida I. Oquendo Graulau
                         Secretaria del Tribunal Supremo